IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE BERGMAN,<br><br>                Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | 8:24CV395<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT'S MOTION TO AFFIRM |

       This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 13. Defendant seeks a thirty-day extension, to February 21, 2025, to file her Motion to Affirm the Commissioner's Decision and supporting brief on the ground that additional time is needed to review and respond to the issues set forth in Plaintiff's Brief. Filing 13 at 1. Defendant also represents that counsel for Plaintiff does not oppose the requested extension. The Court finds good cause for the requested extension. Accordingly,

       IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 13, is granted, and Carolyn Colvin, the Defendant shall have to and including February 21, 2025, to file her Motion to Affirm the Commissioner's Decision and supporting brief.

       Dated this 21st day of January, 2025.

                                                                 BY THE COURT:

                                                                 _____
                                                                 Brian C. Buescher
                                                                 United States District Judge