IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE BERGMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | 8:24CV395<br><br>ORDER GRANTING COUNSEL LEAVE TO WITHDRAW |

　　　　This case is before the Court on the Commissioner's Withdrawal of Counsel. Filing 16. The Commissioner seeks leave to withdraw by Assistant United States Attorney Lynnett M. Wagner. Filing 16 at 1. The Commissioner represents that Assistant United States Attorney Tim Hook will remain as counsel for the Commissioner. Filing 16 at 1. The Court finds good cause to allow AUSA Wagner to withdraw. Accordingly,

　　　　IT IS ORDERED that the Commissioner's Withdrawal of Counsel, Filing 16, is accepted, and Assistant United States Attorney Lynnett M. Wagner is authorized to withdraw as counsel for the Commissioner. Assistant United States Attorney Tim Hook will remain as counsel for the Commissioner in this case.

　　　　Dated this 31st day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge