IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE EVON ZURFLUH BERGMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of the Social Security Administration,[1]<br><br>Defendant. | 8:24CV395<br><br>**ORDER** |

This case is before the Court on the Plaintiff's Unopposed Motion for Leave to Amend Bergman's Initial Brief. Filing 21. Plaintiff asserts that while preparing her reply in this matter, she discovered that her initial brief mistakenly and unintentionally failed to comply with the formatting requirements in General Order 2022-13. Filing 21 at 1. She represents that her counsel conferred with counsel for Defendant regarding amendment of her initial brief to rectify the mistakes, and Defendant's counsel does not object to the proposed amendments, which make no substantive changes. Filing 21 at 1. Accordingly,

IT IS ORDERED that for good cause shown, Plaintiff's Unopposed Motion for Leave to Amend Bergman's Initial Brief, Filing 21, is granted as follows:

1. Plaintiff shall file a separate motion and supporting brief, copies of which are attached to her Motion, in compliance with General Order 2022-13, in the place of the stand-alone brief previously submitted; and

2. Plaintiff's separate motion and supporting brief shall correct formatting mistakes and change the manner of transcript citation to comply with General Order 2022-13.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. He is substituted for former Defendant Michelle King pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g).

1

3. No substantive changes shall be made.

Dated this 11th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge