IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE EVON ZURFLUH BERGMAN,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND DUDEK, Acting Commissioner of the Social Security Administration,<br><br>Defendant. | 8:24CV395<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL** |

This case is before the Court on the Defendant's Notice of Substitution of Counsel. Filing 25. Defendant notifies the Court that Assistant United States Attorney Tim Hook withdraws after accepting a new position and Assistant United States Attorney Chris Ferretti enters his appearance. Accordingly,

IT IS ORDERED that AUSA Tim Hook is granted leave to withdraw and AUSA Chris Ferretti is substituted as counsel for Defendant.

Dated this 8th day of April, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1